IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. WILLIAM HARRINGTON, Defendant. | MJ 21- 9 -H-KLD ORDER |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it are SEALED pending the defendant's initial appearance.

IT IS FURTHER ORDERED that the U.S. Clerk of Court shall unseal this case following the defendant's initial appearance before this Court.

DATED this 14th day of May, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge